IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:12cr84-MHT
                            )            (WO)
YOLANDA MOSES               )
```

## ORDER

Based on the representations made in open court on February 27, 2019, it is ORDERED that the court concurs with the recommendation in the noncompliance summary filed by the Probation Department (doc. no. 424).

DONE, this the 27th day of February, 2019.

                                             /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE